Omel A. Nieves, Esq., SBN 134444
nieves@huntortmann.com
JoLynn M. Scharrer, Esq., SBN 136821
scharrer@huntortmann.com
HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200   Fax: (626) 796-0107

Attorneys for Boudreau Pipeline Corporation

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS indemnity Company of Connecticut, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BOUDREAU PIPELINE CORPORATION; a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendant.<br><br>BOUDREAU PIPELINE CORPORATION,<br><br>Counterclaimant,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al.,<br><br>Counterdefendant. | Case No. 2:21-cv-07380-RGK-JPRx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT/ COUNTERCLAIMANT BOUDREAU PIPELINE CORPORATION**<br><br>Judge: R. Gary Klausner |

On July 29, 2022, having considered the papers and arguments submitted in support and in opposition to the parties' cross-motions and good cause having been shown, the Court issued an order granting Defendant/Counterclaimant Boudreau Pipeline Corporation's Partial Motion for Summary Judgment; denying Plaintiff/Counterdefendant Travelers Indemnity Company of Connecticut's Partial Motion for Summary Judgment; and dismissing all remaining claims in the action without prejudice. (Dkt. 78.)

IT IS ORDERED AND ADJUDGED that Plaintiff/Counterdefendant Travelers Indemnity Company of Connecticut must defend Defendant/Counterclaimant Boudreau Pipeline Corporation in the pending lawsuit against Boudreau styled *Meritage Homes of California, Inc. v. Boudreau Pipeline Corporation, et al.*, State of California, Los Angeles County Superior Court, Case No. 19PSCV00687 and all remaining claims were dismissed without prejudice.

DATED: 8/8/2022

_____
Hon. R. Gary K'ausner